# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ONTOURUS FRONDESSE PORTER, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) 2:08-cv-01681-KOB-JEO ) |
| LOUIS BOYD, WARDEN, et al., | ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 14, 2008, the petitioner, Ontourus Frondesse Porter, filed a form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with the United States District Court for the Middle District of Alabama.  (Doc. 5-4).  The case was transferred to this court.  In the petition, Porter challenges the validity of his conviction for first degree robbery in the Circuit Court of Jefferson County, Alabama in 2002.  *Id*.

Upon initial review by the magistrate judge assigned this matter, the petitioner was ordered on November 5, 2008, to show cause why this case should not be dismissed because it was barred by the applicable statute of limitations.  *See* 28 U.S.C. § 2254.  (Doc. 7).  He was given thirty days to respond.  *Id*.  He failed to do so.  On January, 16, 2009, the magistrate judge entered a second order affording the petitioner until January 28, 2009, to respond to the previous order.  Porter was also informed that if he did not respond, his case would be dismissed. (January 16, 1009 Docket Entry).  On February 6, 2009, the court again informed the petitioner of the opportunity to respond.[1]  This time, he was afforded until February 20, 2009, to comply

---

[1] This second period was necessary because the petitioner failed to inform the court of the change in his place of incarceration.

with the court's order. (February 6, 2009 Docket Entry). The petitioner has still failed to respond.

Upon consideration of the this matter, the court finds that the petition is due to be dismissed with prejudice. The petitioner has failed to respond as ordered and the petition is clearly barred by the applicable statute of limitations. An appropriate order will be entered.

**DONE**, this the 24th day of February, 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE